JOHN A. WILSON, Respondent, *v.* JAMES A. WILSON et al., Appellants.

(Argued October 8, 1890; decided October 28, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order

made March 29, 1889, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Hadley Jones* for appellants.

*James F. Higgins* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.